CO-386-online
10/03

FILED

JAN 11 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| AF HOLDINGS LLC,<br>Springates East Government<br>Road, Charleston, Nevis<br><br>vs<br><br>Does 1-1058 | )<br>)<br>)<br>)<br>)<br>Plaintiff )<br>)<br>)<br>)<br>)<br>Defendant ) | C | Case: 1:12-cv-00048<br>Assigned To : Howell, Beryl A.<br>Assign. Date : 1/11/2012<br>Description: General Civil |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __AF Holdings LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AF Holdings LLC__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

IL0014
BAR IDENTIFICATION NO.

Paul Duffy
Print Name

PRenda Law, Inc., 161 N. Clark, Suite 3200
Address

Chicago, IL  60601
City           State           Zip Code

(312) 880-9160
Phone Number