## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DOES 1 – 1,058,<br><br>                    Defendants. | No. 1:12-cv-00048-BAH<br><br>**[Oral Argument Requested]** |

## MOTION TO QUASH SUBPOENAS ISSUED TO NON-PARTY INTERNET SERVICE PROVIDERS BRIGHT HOUSE NETWORKS, LLC; COX COMMUNICATIONS, INC.; SBC INTERNET SERVICES, INC. D/B/A AT&T INTERNET SERVICES; AND VERIZON ONLINE LLC

The non-party Internet Service Providers (ISPs) respectfully move this Court, pursuant to Federal Rules of Civil Procedure 26 and 45, for an order quashing the subpoenas issued to Bright House Networks LLC, Cox Communications, Inc., Verizon Online LLC and SBC Internet Services, Inc., d/b/a AT&T Internet Services. In the alternative, the ISPs respectfully request and order certifying the ruling on this motion for appeal pursuant to 28 U.S.C. § 1292(b).

The grounds for this motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference, and is supported by the accompanying Declarations of Randall J. Cadenhead, Rhonda Compton, Sean Moriarty, Tim Frendberg, and Bart W. Huffman.

Dated:  March 2, 2012                    Respectfully submitted,


By:  /s/ Tim A. O'Brien
_____

                    Deanne E. Maynard, D.C. Bar No. 432382
                    Tim A. O'Brien, DC. Bar No. 484700
                    Morrison & Foerster LLP
                    2000 Pennsylvania Ave., NW
                    Washington, D.C.  20006-1888
                    Telephone:  202.887.1500
                    Facsimile:  202.887.0763
                    DMaynard@mofo.com

                    Benjamin J. Fox (Pro Hac Vice Forthcoming)
                    Morrison & Foerster LLP
                    555 W. 5th Street
                    Los Angeles, CA  90013-1024
                    Telephone:  213.892.5200
                    Facsimile:  213.892.5454
                    BFox@mofo.com

                    Attorneys for
                    Bright House Networks LLC,
                    Cox Communications, Inc.,
                    Verizon Online LLC


                    (*Signature Block Continues on Next Page*)

Dated:  March 2, 2012                          Respectfully submitted,


                                     By:_____/s/ Bradley C. Weber_____
                                           Bradley C. Weber, D.C. Bar No. 983329
                                           Locke Lord LLP
                                           701 8th Street, N.W., Suite 700
                                           Washington, D.C. 20001
                                           Telephone: (202) 220-6954
                                           Facsimile: (214) 756-8497
                                           BWeber@lockelord.com

                                           Bart W. Huffman
                                           Locke Lord LLP
                                           100 Congress Avenue, Suite 300
                                           Austin, Texas  78701
                                           Telephone:  (512) 305-4746
                                           Facsimile:  (512) 391-4741
                                           BHuffman@lockelord.com

                                           Attorneys for
                                           SBC Internet Services, Inc.,
                                           d/b/a AT&T Internet Services


1160759

3