IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 1,058, <br><br> Defendants. | No. 1:12-cv-00048-BAH |

**DECLARATION OF RANDALL J. CADENHEAD FOR COX COMMUNICATIONS, INC. IN SUPPORT OF THE INTERNET SERVICE PROVIDERS' MOTION TO QUASH SUBPOENAS**

I, Randall J. Cadenhead, state and declare:

1. I am Senior Counsel for Cox Communications, Inc. ("Cox"), and have served in that capacity since November 2003. I have personal knowledge of the facts stated herein, and if called upon to do so, I would testify competently to them.

2. My job responsibilities include managing the responses of Cox to third-party subpoenas issued in pending litigation. During the past 12 months, a significant portion of my time has been devoted to responding to subpoenas issued by plaintiffs who allege to be owners of sexually explicit digital content and are seeking the personal identifying information of Cox Internet subscribers based on a list of IP Addresses. I estimate that during the past 12 months, Cox has received more than 140 such subpoenas in lawsuits primarily involving sexually explicit film titles; these subpoenas have sought identifying information for over 8,000 Cox subscribers. The subpoenas have imposed (and continue to impose) a substantial administrative burden on Cox.

3. On February 2, 2012, Cox received a subpoena from plaintiff AF Holdings in the above-captioned action, a true and correct copy of which is attached to this declaration as Exhibit A. The subpoena seeks the personal identifying information for 119 alleged Cox subscribers based on the subscribers' IP Addresses. Of these 119 alleged Cox subscribers, we were able to identify 110 actual subscribers. The mailing or billing addresses for these subscribers are in 14 different states, with a higher concentration appearing to be in the Western United States (i.e., in California, Arizona and Nevada).

4. Specifically, the number of Cox subscribers, by state, that is the subject of discovery in Plaintiff's subpoena is as follows: Arkansas (2); Arizona (18); California (29); Connecticut (5); Florida (5); Georgia (1); Kansas (5); Louisiana (6); Nebraska (4); Nevada (12); Ohio (1); Oklahoma (8); Rhode Island (1); and Virginia (13).

5. None of the IP addresses in question were assigned to residents of the District of Columbia. In fact, Cox does not provide services in the District of Columbia.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on February 24, 2012 in Atlanta, Georgia.

By: /s/ Randall J. Cadenhead
Randall J. Cadenhead