# EXHIBIT A



Prenda Law Inc.
Protecting Intellectual Property

February 1, 2012

Via Hand Delivery

2/2/12
CAM

Re: *AF Holdings LLC v. Does 1-1,058*
1:12-cv-00048-BAH

Dear Custodian of Records:

Enclosed, please find a subpoena and attachment issued in the above-referenced matter, which is currently pending in the United States District Court for the District of Columbia. Specifically, our client is requesting identifying information with respect to subscriber(s) who were associated with IP addresses controlled by your organization at a given date and time. In our subpoena, we have included the IP address, Time, and Time Zone in our search requests.

We regularly receive requests from Internet Service Providers for electronic copies of the enclosed documents, which we are pleased to fulfill. To receive these documents please e-mail your request to our office at the following e-mail address:

subpoena@wefightpiracy.com

If you have any other questions or concerns regarding this request please direct them to the above e-mail address or feel free to call our offices directly at 312-344-3207. We will do everything in our power to minimize the burden imposed on your organization associated with our request.

Sincerely,

*Prenda Law Inc. Subpoena Team*

Fax: 312.893.5677     161 N Clark St., Suite 3200, Chicago, IL 60601     Tel: 312.880.9160
Fax: 305.748.2103    1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139    Tel: 305.397.8558

www.wefightpiracy.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AF HOLDINGS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:12-cv-00048-BAH |
| DOES 1-1,058 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cox District of Columbia Telcom, L.L.C. c/o Corporation Service Company, 1090 Vermont Ave NW, Washington D.C. 20005

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Prenda Law | Date and Time: |
| 2100 M St. Northwest, Ste 170-417 | |
| Washington DC 20037-1233 | 03/03/2012 |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 02/02/2012

CLERK OF COURT          OR          *[signature]*

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
AF Holdings, LLC                                                                 , who issues or requests this subpoena, are:
Paul Duffy, Prenda Law, Inc.; 161 N. Clark St. Suite 3200, Chicago IL 60601; pauduffy@wefightpiracy.com; (312) 880-9160

SUBPOENA ATTACHMENT

The times listed below are in Coordinated Universal Time (UTC)

| IP Address | Date/Time (UTC) |
| --- | --- |
| 174.64.169.76 | 2011-10-11 07:06:31 |
| 174.70.150.113 | 2011-11-27 04:49:00 |
| 174.70.151.201 | 2011-09-03 08:57:38 |
| 174.74.54.226 | 2011-08-13 04:34:38 |
| 174.79.147.46 | 2011-10-13 16:28:26 |
| 24.250.12.70 | 2011-08-17 01:41:40 |
| 24.250.162.212 | 2011-08-16 22:12:33 |
| 24.251.169.248 | 2011-09-05 02:22:52 |
| 24.253.109.184 | 2011-08-19 05:33:44 |
| 24.253.22.157 | 2011-09-22 15:25:22 |
| 24.253.24.154 | 2011-09-08 05:31:40 |
| 68.0.117.111 | 2011-11-19 20:06:39 |
| 68.0.66.232 | 2011-09-14 03:27:43 |
| 68.1.65.182 | 2011-10-10 15:46:49 |
| 68.1.67.166 | 2011-11-28 22:57:54 |
| 68.1.69.4 | 2011-12-03 00:27:47 |
| 68.100.141.57 | 2011-12-03 08:01:53 |
| 68.100.142.229 | 2011-11-01 07:00:40 |
| 68.100.151.158 | 2011-10-12 15:09:13 |
| 68.100.218.117 | 2011-10-03 22:02:09 |
| 68.100.43.201 | 2011-09-13 17:20:28 |
| 68.101.174.246 | 2011-10-21 13:51:17 |
| 68.102.217.10 | 2011-09-27 22:37:45 |
| 68.102.30.75 | 2011-08-20 07:28:26 |
| 68.104.15.7 | 2011-08-17 19:05:20 |
| 68.104.245.67 | 2011-11-18 17:26:17 |
| 68.104.26.147 | 2011-10-20 15:23:10 |
| 68.107.123.234 | 2011-09-26 22:34:39 |
| 68.107.129.39 | 2011-10-28 20:35:22 |
| 68.107.224.190 | 2011-08-15 23:44:27 |
| 68.107.228.247 | 2011-10-17 15:12:12 |
| 68.109.77.200 | 2011-09-14 22:50:00 |
| 68.11.113.112 | 2011-11-19 21:23:01 |
| 68.110.176.24 | 2011-08-14 05:01:48 |
| 68.13.76.103 | 2011-08-19 04:30:12 |
| 68.14.20.29 | 2011-10-19 21:21:55 |
| 68.14.28.93 | 2011-09-15 22:38:44 |
| 68.2.60.24 | 2011-08-14 00:56:41 |
| 68.224.147.65 | 2011-12-01 18:14:04 |
| 68.225.40.230 | 2011-12-05 22:43:38 |
| 68.228.228.226 | 2011-09-29 23:42:42 |
| 68.229.27.56 | 2011-08-14 15:12:36 |

| IP Address | Timestamp |
|---|---|
| 68.3.71.119 | 2011-08-19 06:27:48 |
| 68.4.101.193 | 2011-11-10 04:20:02 |
| 68.4.102.69 | 2011-11-19 13:20:31 |
| 68.4.175.207 | 2011-09-30 02:51:38 |
| 68.4.182.91 | 2011-11-27 13:15:59 |
| 68.5.23.47 | 2011-08-17 12:34:05 |
| 68.6.109.177 | 2011-08-25 03:25:51 |
| 68.8.189.246 | 2011-09-15 01:35:56 |
| 68.96.196.112 | 2011-12-07 19:33:56 |
| 68.97.110.140 | 2011-08-17 00:24:38 |
| 68.97.19.97 | 2011-09-24 20:17:42 |
| 68.97.85.248 | 2011-08-21 02:10:45 |
| 68.98.63.84 | 2011-11-29 08:15:44 |
| 68.98.91.102 | 2011-10-10 18:33:10 |
| 68.98.91.241 | 2011-08-23 11:37:02 |
| 68.99.131.65 | 2011-10-21 21:50:22 |
| 70.162.102.195 | 2011-08-17 00:11:39 |
| 70.162.233.219 | 2011-09-12 16:37:41 |
| 70.162.81.206 | 2011-11-15 18:25:03 |
| 70.172.226.50 | 2011-12-04 21:24:05 |
| 70.176.141.69 | 2011-11-10 00:29:35 |
| 70.176.188.243 | 2011-12-01 01:05:26 |
| 70.177.40.157 | 2011-09-15 21:47:08 |
| 70.177.64.20 | 2011-08-23 23:11:17 |
| 70.178.211.170 | 2011-10-18 17:00:45 |
| 70.179.16.134 | 2011-12-05 23:00:23 |
| 70.181.53.243 | 2011-09-11 05:24:34 |
| 70.181.85.106 | 2011-08-24 00:45:28 |
| 70.185.227.155 | 2011-08-11 22:12:21 |
| 70.187.238.33 | 2011-08-22 11:47:33 |
| 70.190.220.226 | 2011-10-27 03:03:35 |
| 70.190.228.109 | 2011-08-15 16:55:51 |
| 72.192.89.95 | 2011-08-16 21:42:33 |
| 72.193.127.165 | 2011-10-25 00:14:01 |
| 72.193.152.131 | 2011-08-29 17:05:04 |
| 72.193.244.100 | 2011-11-09 08:26:40 |
| 72.193.44.185 | 2011-09-13 21:30:45 |
| 72.195.143.206 | 2011-08-19 07:50:17 |
| 72.197.90.188 | 2011-08-16 12:03:51 |
| 72.197.94.204 | 2011-10-31 19:38:42 |
| 72.198.212.131 | 2011-11-29 04:09:14 |
| 72.199.108.227 | 2011-11-11 22:18:09 |
| 72.199.121.223 | 2011-11-30 04:56:22 |
| 72.199.16.170 | 2011-08-17 04:29:06 |
| 72.199.46.186 | 2011-08-31 06:29:11 |
| 72.199.68.7 | 2011-08-17 02:22:14 |
| 72.200.162.146 | 2011-11-11 21:18:48 |

| IP Address | Timestamp |
|---|---|
| 72.200.66.167 | 2011-08-20 09:55:04 |
| 72.203.143.109 | 2011-08-23 04:01:29 |
| 72.204.8.163 | 2011-08-13 22:16:06 |
| 72.207.100.30 | 2011-08-16 23:33:06 |
| 72.207.64.188 | 2011-10-17 15:56:07 |
| 72.207.67.25 | 2011-11-24 02:52:19 |
| 72.208.100.75 | 2011-10-21 16:08:16 |
| 72.208.162.237 | 2011-10-11 00:50:01 |
| 72.208.74.172 | 2011-08-12 02:07:03 |
| 72.209.182.127 | 2011-09-30 02:03:38 |
| 72.210.64.243 | 2011-09-10 13:37:21 |
| 72.211.246.139 | 2011-09-19 15:19:01 |
| 72.218.200.42 | 2011-08-14 15:27:45 |
| 72.219.153.239 | 2011-08-23 06:37:56 |
| 72.219.177.139 | 2011-11-18 16:36:19 |
| 72.220.159.31 | 2011-08-17 07:17:20 |
| 72.220.224.91 | 2011-08-15 05:32:33 |
| 98.160.197.254 | 2011-09-01 09:56:40 |
| 98.161.60.242 | 2011-10-19 23:57:50 |
| 98.164.209.134 | 2011-10-05 09:02:06 |
| 98.165.70.252 | 2011-09-29 04:49:26 |
| 98.169.126.4 | 2011-08-22 07:09:58 |
| 98.169.87.188 | 2011-11-27 02:19:49 |
| 98.171.179.28 | 2011-09-28 23:21:43 |
| 98.176.253.112 | 2011-08-17 13:08:36 |
| 98.176.254.227 | 2011-08-25 09:52:32 |
| 98.178.205.251 | 2011-10-03 18:32:22 |
| 98.180.47.34 | 2011-11-03 06:34:55 |
| 98.183.159.175 | 2011-09-12 18:09:06 |