AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AF HOLDINGS LLC <br> *Plaintiff* <br> v. <br> DOES 1-1058 <br> *Defendant* | ) ) ) ) ) | Case No. 1:12-cv-00048 BAH |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Electronic Frontier Foundation, ACLU Foundation, and ACLU of the Nation's Capital

Date: March 13, 2012

/s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stoltz (DC Bar No. 978149)
*Printed name and bar number*

Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*