UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 12-0048 (BAH) |
| DOES 1-1,058, | § § | Judge Beryl A. Howell |
| Defendants. | § § § | |

## SUPPLEMENTAL DECLARATION OF BART W. HUFFMAN

1. My name is Bart W. Huffman. I am over 18 years of age, of sound mind, and fully competent to make this Declaration. I am an attorney with Locke Lord LLP ("Locke Lord"), which represents respondent SBC Internet Services, Inc. d/b/a AT&T Internet Services ("AT&T") in the above-captioned case and in connection with numerous other subpoenas that have been issued by Plaintiff's counsel in numerous lawsuits filed in various federal and state courts. The facts stated in this Declaration are true and correct and are within my personal knowledge based upon my role as attorney for AT&T. I submit this Declaration to respond to the misguided accusations set forth in Section IV of the Plaintiff's Opposition.

2. As stated in my previous Declaration, the plaintiff in other cases filed in this District voluntarily dismissed those cases after they were assigned to Judge Wilkins. *First Time Videos LLC, 2300 W. Sarahara Ave, Suite 1000, Las Vegas, NV 89102 v. John Does 1-541*, No. 1:11-cv-02031; *Millenium TGA, Inc., 770 Kapiolani Blvd, Suite 514, Honolulu, HI 96813 v. John Does 1-939*, No. 1:11-cv-02176. The plaintiffs in those other cases were represented by the same counsel as the counsel for Plaintiff, AF Holdings LLC, in this case (the "Prenda

firm"). However, contrary to accusations levied against me in the Opposition, I did not state or imply in my previous Declaration that AF Holdings LLC dismissed those other cases, nor could that entity have done so given that it was not the plaintiff in those other cases.

3. The Opposition also suggests that I misportrayed the terms of another court's order and the response of the Prenda firm to that order. To the contrary, I correctly portrayed (and even attached a copy of) that order as well as the response of the Prenda firm thereto. Minute Order and Decl. of Charles E. Piehl and Exhibit A, *AF Holdings, LLC v. Does 1-135*, No. 5:11-cv-03336 (N.D. Cal. February 22, 2012), ECF No. 42, 43, and 43-1 (Prenda firm stated that it and its predecessor firm had filed approximately 118 "multiple joined John Doe Defendant" federal lawsuits but no defendants had been served in any of those lawsuits).

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2012 in Austin, Texas.

Bart W. Huffman