## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case : 1:12-cv-00048** |
| | ) | |
| **DOES 1 – 1058,** | ) | **Judge : Hon. Beryl A. Howell** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### <u>MOTION FOR PRO HAC VICE ADMISSION OF JOHN L. STEELE</u>

I, Paul A. Duffy, hereby move pursuant to Local Civil Rule 83.2(d) for the *pro hac vice*

admission of John L. Steele to the bar of this Court to act as co-counsel in this action. Mr. Steele

is of counsel with the firm of Prenda Law, Inc., and is a member in good standing of the bar of

the State of Illinois and the U.S. District Court for the Northern District of Illinois. On the basis

of the foregoing, it is respectfully requested that this Court admit Mr. Steele *pro hac vice* for the

purpose of appearing and participating as co-counsel on behalf of Plaintiff, AF Holdings, Inc., in

this action.

Dated: April 20, 2012                                  Respectfully submitted,

By: ___/s/ Paul A. Duffy_____

Paul A. Duffy (D.C. Bar # IL0014 )
Prenda Law Inc.
161 N. Clark Street, Suite3200
Chicago, IL  60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
Attorneys for Plaintiff,
AF Holdings LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on April 20, 2012, I caused a true and correct copy of the foregoing Motion For Pro Hac Vice Admission to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: April 20, 2012

/s/   *Paul A. Duffy*
Paul A. Duffy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AF HOLDINGS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case : 1:12-cv-00048** |
| | ) | |
| **DOES 1 – 1058,** | ) | **Judge : Hon. Beryl A. Howell** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

<u>**DECLARATION OF JOHN L. STEELE**</u>

I, John Steele, declare pursuant to 28 U.S.C. § 1746 and Local Civil Rule 83.2(d):

1.      I am of counsel with the law firm of Prenda Law, Inc., counsel for Plaintiff,
AF Holdings, LLC in the above-captioned action.  I submit this declaration in support of
Paul A. Duffy's Motion pursuant to Local Civil Rule 83.2(d) for the *pro hac vice* admission
of John Steele to the bar of this Court.

2.      My full name is John L. Steele.

3.      My office address is 161 N. Clark Street, Suite 3200, Chicago, Illinois
60601.  My office telephone number is (312) 880-9160.

4.      I have also been admitted to practice before, and am a member in good standing
of, the bars of the United States Court District Court for the Northern District of Illinois, and the
State of Illinois.

5.      I have not been disciplined by any bar.

6.      I have been admitted *pro hac vice* to this Court in one case (1:12-mc-00150-
ESH-AK)  in the previous two years.

7.      I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:      April 20, 2012

/s/  *John Steele*

John Steele
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AF HOLDINGS LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case : 1:12-cv-00048** |
| | ) |
| **DOES 1 – 1058,** | ) **Judge : Hon. Beryl A. Howell** |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of John L. Steele, it is

hereby

ORDERED that John L. Steele be specially admitted to appear and participate in the

above-captioned matter as counsel for Plaintiff AF Holdings, LLC.


Dated: April 20, 2012            _____

                                              Hon. Beryl A. Howell
                                              United States District Court Judge