UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case : 1:12-cv-00048 |
| ) | |
| DOES 1 – 1058, ) | Judge : Hon. Beryl A. Howell |
| ) | |
|     Defendants. ) | |
| _____) | |

**PLAINTIFF'S NOTICE OF EXPECTED WITNESSES FOR
APRIL 27, 2012 MOTIONS HEARING**

Pursuant to the Court's minute order of April 17, 2012, Plaintiff hereby submits its list of witnesses expected to testify at the April 27, 2012 motions hearing.

**Steve Smoot:**

Mr. Smoot has 34 years experience with information distribution protocols, networking, telecommunications and electronic media. The general substance of Mr. Smoot's testimony is expected to include: the BitTorrent file transfer protocol, geolocation technology, bandwidth allocation and rebuttal testimony.

**Peter Hansmeier:**

Mr. Hansmeier is a technician employed at 6881 Forensics LLC, a content piracy monitoring firm. The general substance of Mr. Hansmeier's testimony is expected to include BitTorrent-based content piracy, geolocation reliability and rebuttal testimony.

Plaintiff reserves any and all rights it may have to call rebuttal witnesses as appropriate with respect to witnesses disclosed by other parties to testify at the April 27, 2012 motions hearing.

                                          Respectfully submitted,

                                          AF HOLDINGS, LLC

**DATED**: April 20, 2012

                                          By: /s/ Paul A. Duffy
                                          Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
                                          Prenda Law Inc.
                                          161 N. Clark St., Suite 3200
                                          Chicago, IL 60601
                                          Telephone: (312) 880-9160
                                          Facsimile:   (312) 893-5677
                                          E-mail: paduffy@wefightpiracy.com
                                          *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                        /s/ Paul A. Duffy
                                        PAUL A. DUFFY