## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case : 1:12-cv-00048 |
| | ) |
| DOES 1 – 1058, | ) Judge : Hon. Beryl A. Howell |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF FILING OF EXHIBITS RELATED TO THE EXPERT TESTINOMY OF STEVE SMOOT

Plaintiff gives notice of the filing of Plaintiff's exhibits 2, 3, 4, 5, 6, 7, 8, and 9. These exhibits were admitted into evidence in connection with the expert testimony of Steve Smoot at the motion hearing in this case on April 27, 2012.

Respectfully submitted,

AF HOLDINGS LLC

**DATED**: April 30, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:   (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 30, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy<br>
PAUL A. DUFFY