# EXHIBIT 2



PLAINTIFF'S EXHIBIT
PENGAD-Bayonne, N. J.

*Proportion of copyrighted material*

As noted, the contents of 9,952 swarms were identified and verified. Excluding the swarms containing pornography (3,583 swarms or 35.83%) provides 6,369 pieces of verified content. Of these identified swarms, **only one was found to contain non-copyrighted content**. This was a torrent containing a list of IP addresses used to help peer to peer users block spam results and fake content.[17]



Copyrighted material in top 10,000 torrents tracked by PublicBT, December 2010

- Pornography 35.83%
- Identified and copyrighted 63.68%
- Unknown torrent 0.48%
- Identified and non-copyrighted 0.01%

With the pornography content discarded, this means that at a minimum, **99.24% of the top 10,000 files managed by the PublicBT tracker** were copyrighted material with the rest of the content unknown (0.75%) or non-copyrighted (0.01%).

Analysis of content from outside the top 10,000 torrents found a similar dominance of copyrighted material. Five samples, each of 100 torrents, were taken from various points in the long tail of PublicBT content. Discarding

---

[17] The file was named "hostiles.txt". The torrent hash was a55603e3b98fb51fd05fb2ed3fbc2b2c6d254c6e. The results mirror the Illinois State University study conducted by Jon Peha and Alex Mateus (Carnegie Mellon University) in which it is noted: "…there is no evidence to support the hypothesis that the transfer of Linux distributions is a driver for the use of P2P, even among users that do not use P2P for copyrighted material." See *Dimensions of P2P and digital piracy in a university campus*: http://www.ece.cmu.edu/~peha/dimensions_of_piracy.pdf

Copyright © 2011 Envisional Ltd
piracy.intelligence@envisional.com