# EXHIBIT 4

PLAINTIFF'S EXHIBIT 4

PENGAD-Bayonne, N. J.

Add | Add URL | Add Feed | Start | Stop | Remove | Search

TORRENTS
- All 1
- Downloading 1
- Completed
- Active 1
- Inactive

LABELS
- No Label 1

FEEDS
- All Feeds

| Name | # | Size | Done | Status | Seeds | Peers | ↓ Speed | ↑ Speed | ETA | Uploaded | Ratio | Availabi... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ubuntu-11.10-desktop-i386. | 1 | 695.2 M | 0% | Downloading | 24 (3423) | 1 (1216) | 14.9 kB/s | 0.2 kB/s | 23h 57 | 0 B | 0.000 | 24.050 |

General | Trackers | Files | Peers | Speed

| IP | Client | Flags | % | Down Sp... | Up Speed | Reqs | Uploa... | Downloa... | Pee... |
|---|---|---|---|---|---|---|---|---|---|
| 46.191.221.205 | libTorrent 0.12.6 | D H | 100.0 | 6.2 kB/s | | 4 \| 0 | 0 B | 208.0 kB | |
| 67.191.158.57 | µTorrent 2.0.4 | D HP | 100.0 | | | 2 \| 0 | 0 B | 0 B | |
| 68.81.173.106 | µTorrent 3.1.2 | d | 100.0 | | | | 0 B | 0 B | |
| 68.227.255.140 | µTorrent 3.1.2 | D HP | 100.0 | 0.4 kB/s | | 3 \| 0 | 0 B | 16.0 kB | |
| 69.169.174.4 | libTorrent 0.12.9 | D H | 100.0 | 0.3 kB/s | | 2 \| 0 | 0 B | 0 B | |
| 69.243.210.222 | µTorrent 3.0 | d P | 100.0 | 0.1 kB/s | | | 0 B | 0 B | |
| 70.29.57.182 | Transmission ... | D H | 100.0 | 1.1 kB/s | | 2 \| 0 | 0 B | 16.0 kB | |
| 70.160.108.233 | µTorrent 3.1.2 | D P | 100.0 | 0.1 kB/s | | 2 \| 0 | 0 B | 0 B | |
| 70.169.35.173 | Transmission ... | D HX | 100.0 | 0.2 kB/s | | 2 \| 0 | 0 B | 0 B | |
| 71.30.238.54 | Transmission ... | d XP | 100.0 | | | | 0 B | 0 B | |
| c-71-197-121-254.hsd1.ca.... | µTorrent 3.1.3 | d XP | 5.0 | | | | 0 B | 0 B | |
| 71.218.214.138 | Transmission ... | d P | 100.0 | | | | 0 B | 0 B | |
| 75.129.114.202 | µTorrent 3.1.2 | D H | 100.0 | 0.3 kB/s | | 2 \| 0 | 0 B | 0 B | |
| 76.184.189.24 | µTorrent 3.1.3 | d P | 100.0 | | | | 0 B | 0 B | |
| 82.131.27.132 | Transmission ... | D HP | 100.0 | 0.3 kB/s | | 3 \| 0 | 0 B | 32.0 kB | |
| 85.181.53.132 | Transmission ... | d IHXE | 100.0 | | 0.1 kB/s | | 0 B | 0 B | |

↓ 14.9 kB/s ↑ 0.2 kB/s 0.017

