# EXHIBIT 5

**PLAINTIFF'S EXHIBIT 5**

# EXHIBIT A

| # | Name | Size | Selecte... | Downloaded | Status | Health | Down Speed | Up Speed | ETA | App | Seeds | Peers | Uploaded | Ratio | Avail. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ubuntu-11.10-desktop-i386.iso | 695 MB | 695 MB | 1.84 MB | Downloading 0.2% | | 172.3 kB/s | 0.4 kB/s | 4h 0m | | 11 (184) | 0 (9h8) | 0 B | 0.000 | 11.000 |

Files | Info | Peers | Ratings | Trackers | Speed | Logger

| IP | Client | Flags | % | Down Speed | Up Speed | Reqs | Uploaded | Downloaded | Peer dl. |
|---|---|---|---|---|---|---|---|---|---|
| 91.121.193.193 | libTorrent 0.12.9 | D | 100.0 | 63.5 kB/s | 0.0 kB/s | 28 \| 0 | | 944 kB | |
| 91.132.49.216 [uTP] | µTorrent 3.1.2 | D HP | 100.0 | 49.5 kB/s | | 11 \| 0 | | 352 kB | |
| 94-195-23-68.zone9.bethere.co.uk [uTP] | µTorrent 2.2 | D P | 100.0 | 30.7 kB/s | | 26 \| 0 | | 368 kB | |
| 98.183.15.201 [uTP] | µTorrent 2.2.1 | d P | 100.0 | | | | | | |
| 98.254.244.150 [uTP] | µTorrent 3.1.2 | d P | 100.0 | | | | | | |
| 188.27.27.91 [uTP] | µTorrent 3.1.2 | d P | 100.0 | | | | | | |
| 189.27.9.6 [uTP] | µTorrent 3.1.2 | d P | 100.0 | | | | | | |
| 190.22.195.27 [uTP] | µTorrent 3.0 | D HP | 100.0 | 13.0 kB/s | | 4 \| 0 | | 64.0 kB | |
| 190-50-28-91.speedy.com.ar [uTP] | BitTorrent 7.2.1 | d P | 100.0 | | | | | | |
| 197.1.59.175 [uTP] | µTorrent 3.0 | D P | 100.0 | 15.1 kB/s | | 4 \| 0 | | 112 kB | |
| 200.30.199.217 [uTP] | µTorrent 3.0 | d HP | 100.0 | | | | | | |

DHT: 31