# EXHIBIT 7



PLAINTIFF'S
EXHIBIT
7
PENGAD-Bayonne, N. J.

IP Address Locati... dress - IP Lookup

# ip address location

| home | ip address | checkpoint | ip ranges | ip2country |

## IP ADDRESS LOCATION

**Ads by Google** | My IP Address | IP Address | Mobile IP | IP Block

Custom Search    (Search)

My IP: ▮▮▮

sponsored links

### Search IP Address - What is my IP address?

Have you ever wondered **"what is my IP address"** and how to search, trace and locate IP address from yourself or find IP address from anybody else?

Or thought about finding IP addresses ranges block that belong to a specific country?

Have you ever used a web-based IP address lookup location tool to trace and locate IP and find the geographical location of an IP address?

Maybe you are looking for an IP address location, DNS lookup, IP address range etc... or you simply wish to learn more about how networking protocols, like UDP and TCP/IP, work?

We can help with all of this and more. Our free IP to location service and impressive collection of IP tools including a couple email lookup tools (check email and email tracking) and tips how to change or hide IP address will help you to find anything what you would like to know about IP addressing.

### How to Find IP address and Lookup IP address with our IP Locator?

Using IP address finder from IP Address Location and all our other IP tools for tracking IP addresses is free. Our IP finder as part of our IP to location service is the fastest, easiest and most precise way to search and find the exact IP to location of any public IP address, OS, DNS, IP country, country code and country flag. Just enter any computer IP address and perform IP address search without any limitation.

Furthermore, we have integrated Geolocator and a world map to display your results by city and country. IP database used by our IP lookup is updated every 48 hours so you can be sure the IP2location information we provide is up to date.

**Ads by Google** | My IP Address | IP Address | Mobile IP | IP Block

### Sidebar (left column)

**Ads by Google**

My IP Address
Trace IP Address
Lookup IP Address

Other interesting projects:
**IP Lookup**
**Web Proxy**
**Free Proxy**

Support IP Address Locator project with donations and help the trace IP address lookup service we provide remain free:



#### What is an IP Address

Computer **IP Address** (Internet Protocol address - your Public IP address) is as your telephone number. It uniquely identifies every host on a network. Just as your mailing address uniquely identifies your home, an computer *IP address* uniquely identifies a host.



#### Trace IP Location & Find IP Address

We give you opportunity to find IP addresses and trace IP location with our IP tools for free.



#### TCP IP Search Protocol

A protocol is a rule or a set of rules and standards for communicating that computers use when they send data back and forth. Both the sender and receiver involved in data transfer must recognize and observe the same protocols.

#### Domain Name resolution

Resolving or translating a domain name to an IP address is called domain name resolution. It is the process of figuring out the IP address that corresponds to a given name. For example the URL for the IP Address Location Web site is ipaddresslocation.org. If you perform IP address search for ipaddresslocation.org then you will get IP address 208.76.84.79.

#### IP Search

When you type www.ipaddresslocation.org TCP/IP will need to translate these meaningful words into the IP address. After resolving of a name

**Infoblox**
IP Address Management Freeware

**Fully Functional Edition**
GET IT NOW

Our web based **IP Lookup** tool has analyzed and traced your public IP address and detected next informations about your computer:

### Bookmark this site!

Do you use and like IP Address Location? Please show us your support by linking to this website.
`<a href="http://www.ipaddresslocation.org">IP Address Locator</a>`

IP Locator for your site - January 10, 2011

Hello, visitor from: **Plant City, United States**
Your Country Code: **US**
Your IP State: **Florida**
Your IP Address: ▮▮▮
Your Hostname: **pool-96-254-48-129.tampfl.fios.verizon.net**
Your ISP: **Verizon Internet Services**
Your Organization: **Verizon Internet Services**
Powered by IP Address Locator

To display 'what is my IP address' example above into your site to your visitors simple paste IP tracking line code below (note that

to an computer IP address, the host can then figure out whether the destination is local or remote and can continue with the communication. This is similar to finding a phone number when all you know is a name.

**DNS Lookup - Reverse DNS Lookup**

DNS makes possible to associate Internet addresses host names with IP address, and conversely. Mostly the DNS is used for the conversion by domainnamen in IP addresses (forward DNS lookup) but also for the conversion by IP addresses in domainname (reverse DNS lookup).

`more info`

## My IP Address (Public, External or WAN IP Address)

████████

## My Internal IP Address (LAN or Router IP Address)

# 192.168.1.6

## My Hostname (DNS Lookup)

### pool-96-254-48-129.tampfl.fios.verizon.net

**Proxy Server Detection**
**No Proxy detected** or you use **High Anonymous Proxy**

**My IP Location (Country - Flag - Country Code)**
## United States ▬ US
### See United States ▬
**traced, tracked and located on big image!**

**My IP Location (Guessed City)**
## Plant City
### See Plant City
**tracked, traced and located on big image!**

**Language**
## English (United States)

**Operating System**
## Mac OS X v: 10.6.8

**Browser**
## User Agent: Safari 534.55.3
## Main Version Number: 534.55
## Layout Engine: Webkit
## Engine Version: 534.55.3

browser with reference to full variable:
**Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/534.55.3 (KHTML, like Gecko) Version/5.1.5 Safari/534.55.3**

Get and find IP address ranges corresponding for each country:
## Select country:
Prefix: [         ] Output: [         ]

`Get IP ranges`

Enter an IP address for IP2location lookup to check and find its flag country and location:
## IP Locator: IP Address Search

`Track IP`

**Check Email:**

`Email Lookup`

**Converts a real IP into an Decimal:**

`IP Convert`

**Reverse DNS Lookup**
DNS:

IP Address Lookup:

`IP Lookup`

**Ping Lookup**
Enter IP or Host:

Enter Count: 4

`Ping IP`

**IP Who Is Domain name or Whois IP Address**

*your site will be blocked from using our IP*
*Locator and other resources if we find out that*
*you have not included a link to the IP Address*
*Locator site):*
`<script language="JavaScript"`
`src="http://www.ipaddresslocation.org/my-`
`ip-address.php" type="text/JavaScript">`
`</script>`
Powered by `<a`
`href="http://www.ipaddresslocation.org">IP`
Address Locator</a>

January 04, 2011 Who Is IP
We have launched new IP Who Is tool and dropped old one. With our new IP Whois lookup you can get now much more information's about registered owner of any domain or any IP address.
Visual IP Location Map has been upgraded. Locating of the IP Address on IP Location Map is now much faster than before.

December 29, 2009 IP Ranges
Our IP address range lookup tool has been upgraded and may now display list of IP addresses in 2 diffent formats including CIDR format. It may be useful if you would like to block IP range for your site. Format complete list of IP addresses has been removed because of server issue.

November 26, 2009 Distance Calculator
Calculate distance between cities through IP address lookup with our new distance finder locator tool: Distance Calculator.

August 03, 2009 MAC Address Finder
You can find what is my MAC Address with our new IP tools MAC address lookup based on JAVA technology.

July 30, 2009 Router IP Address
We have added Router IP Address lookup to main page. So you will be able to trace and get not only your WAN IP address ( External IP ) but also trace and get your router IP address ( Internal or LAN IP ).

March 25, 2009 Reverse IP Lookup
Our new network tool is Reverse IP Lookup. Also known as IP Neighbor.
Reverse IP lookup allows you to use an Domain or IP address to identify all the domain names hosted on a server. It can be very helpful to track, trace, locate and find out all domain names hosted on one server and then take decision of you would like to host your site on their server.

November 24, 2008 Email Tracking
We are so excited to introduce you our new email tracking tool. It is simple and free trace email tool that will help you to locate email address and trace IP location from email IP address.
You need only to copy and paste full email header from any email that you would like to trace back and perform email tracking and tracing with our free email lookup tool. You will get all IP address informations about Email sender along with deep analysis of each part of email header.

February 03, 2008 IP Range
Do not forget that our IP Range lookup for countries is update each month along with Geo IP Lookup. We provide the most accurate and up-to-date IP database on the Web today.

August 06, 2007 IP Lookup Locator Update
Recoding of our IP lookup database, some missed country added including Satellite Provider, European Union and Asia Pacific Region, apart database for Serbia and Montenegro!

August 02, 2007 Subnet Mask CIDR Calculator
New Subnet Calculator script released that calculate number of subnets for a given IP Address Range and then CIDR (Classless Inter-Domain Routing ) from netmask.

March 10, 2007 IP Who Is and other updates
IP Who Is server and partially country database updated. Improving made to code for displaying visitors infos on your site.

February 02, 2007 IP Addresses Web Site Live Statistic
New feature 'Web Site Live Statistic' along with 'Online users' country flag based on visitors IP


**WhatIs
MyIPAddress**
.com

| My IP | IP Lookup | Blacklist Check | Trace Email | Speed Test | Hide IP | Change IP | IP Tools | FAQs | Forums | | Search |

## What Is My IP Address? (Now detects many proxy servers)



Click for more details

Location not accurate? Try: Update IP Location

**IP Information:** ▮▮▮▮▮▮

ISP: Verizon Internet Services
Organization: Verizon Internet Services
Connection: Broadband
Services: None Detected
City: Plant City
Region: Florida
Country: United States

▮▮▮▮▮▮   Additional IP Details

## What is an IP address?

Every device connected to the public Internet is assigned a unique number known as an Internet Protocol (IP) address. IP addresses consist of four numbers separated by periods (also called a 'dotted-quad') and look something like 127.0.0.1.

Since these numbers are usually assigned to internet service providers within region-based blocks, an IP address can often be used to identify the region or country from which a computer is connecting to the Internet. An IP address can sometimes be used to show the user's general location.

Because the numbers may be tedious to deal with, an IP address may also be assigned to a Host name, which is sometimes easier to remember. Hostnames may be looked up to find IP addresses, and vice-versa. At one time ISPs issued one IP address to each user. These are called static IP addresses. Because there is a limited number of IP addresses and with increased usage of the internet ISPs now issue IP addresses in a dynamic fashion out of a pool of IP addresses (Using DHCP). These are referred to as dynamic IP addresses. This also limits the ability of the user to host websites, mail servers, ftp servers, etc. In addition to users connecting to the internet, with virtual hosting, a single machine can act like multiple machines (with multiple domain names and IP addresses).

## Recently Added Articles

- Translators Wanted!
- Geolocation Database Providers
- What is W3C Browser Geolocation?

Espanol: Cual es mi IP address?
Francais: Quelle est mon adresse IP?

© 2000-2012 What Is My IP Address. All Rights Reserved.

 Privacy Policy   Terms of Use   Contact



| Web Hosting Directory | Web Hosting Resources | Webmaster Resources | Search Engine Marketing | Domain Tools | Smartphones | Webmaster Forums |

ID [      ]   PW [      ]   **LOGIN** 🔵 **SIGNUP** 🔵   ▶ Current Users : 97 (Member 0)   [      ] **SEARCH**

# How do I find a geographical location from an IP Address?

🔲 +1  +106  Recommend this on Google

## Your IP Address is ▇▇▇▇▇▇.

## IP Location Finder

IP Address: [ ▇▇▇▇▇▇▇▇▇▇▇ ]    ( Query )



*Automatic monitoring of network servers- fast and reliable*

**GFI** Network Server **Monitor**™
*Network server monitoring software*

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

### Geolocation data from IP2Location (Product: DB4)

| IP Address | Country | Region | City | ISP |
|---|---|---|---|---|
|  | United States | Florida | Tampa | Verizon Online Llc |

Google Map for TAMPA, FLORIDA, UNITED STATES (New window)

### Geolocation data from IPligence (Product: Max)

| IP Address | Country | Region | City | ISP |
|---|---|---|---|---|
|  | United States | New York | New York | Verizon Online Llc |
|  | Continent | Latitude | Longitude | Time Zone |
|  | North America | 40.7128 | -74.0092 | EST |

Google Map for NEW YORK, NEW YORK, UNITED STATES (New window)

Registry Information for ▇▇▇▇▇▇

### RELATED ARTICLES

· What is an IP Address?
· What is a Subnet Mask?
· What is MAC address?
· What is TCP/IP?
· What is DHCP?
· What is Ipconfig utility?
· What is Proxy Server?
· What is IP Spoofing?
· What is denial of service (DoS) attack?
· How to protect from DDoS attack?
· How to shape bandwidth?
· How to wire a RJ-45 cable?

Pairing of IP address to a geographical location is called geolocation. There are times when you need to identify where your web visitors are coming from. You might have an ecommerce website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. You may also use 3rd party websites such as geobytes or dnsstuff.com to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of orgin. You may also use products developed by 3rd party companies like ip2location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use reverse DNS to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

## Geolocation FAQ

### 1. What is Geolocation?

Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

### 2. Where can I get a Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. Ip2location, MaxMind, Tamo Soft and IPligence offer a fee based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2Location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a Lite or Community edition that provides IP-to-Country mappings. Ip2Country.net and Webhosting.info (Directi) offer free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

### 3. How accurate is Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Ip2Country database accuracy is more like 95%. For IP-to-Region (or City), accracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

### 4. How does geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP. For detailed information about geolocation, please read PDF article, Internet Geolocation and Evasion, by James A. Muir.



Cheap Web Hosting • Budget Web Hosting • Ecommerce Web Hosting
Link to Us • Link Exchange • Advertise • Privacy Policy • Terms Of Service • About Us • Contact Us • Sitemap
Copyright © 2006 - 2012 Broadband Media, Inc. All rights reserved.



*Bringing Location to the Internet*



**Enable IP Geolocation feature in applications**

> " Need to know which country, state or city your internet visitors are from? How to get their ISP and domain information? Or check their connection type, ZIP code, area code, weather station or perhaps their mobile carrier information? "

**IP2Location™** is a non-intrusive geo IP solution to help you to identify visitor's geographical location, i.e. country, region, city, latitude, longitude, ZIP code, time zone, connection speed, ISP and domain name, IDD country code, area code, weather station code and name, and mobile carrier information using a proprietary IP address lookup database and technology without invading the Internet user's privacy. The solution is available as database, programming API and hosted solution. Request your free copy of the demo database today.



0 item selected

**$0.00**

View Cart | Checkout

## Product Picker

Pick a product on-demand.

| | Field Name | Value |
|---|---|---|
| | IP Address | ▬▬▬▬ |
| ☑ | Country | UNITED STATES |
| ☐ | Region & City | FLORIDA, TAMPA |
| ☐ | Latitude & Longitude | 27.949436, -82.465144 |
| ☐ | ZIP Code | 33601 |
| ☐ | ISP | VERIZON ONLINE LLC |
| ☐ | Domain | VERIZON.COM |
| ☐ | Time Zone | -05:00 |
| ☐ | Net Speed | DSL |

**☰ IP2LOCATION DATABASES**

- **DB1** IP-Country Database
- **DB2** IP-Country-ISP Database
- **DB3** IP-Country-Region-City Database
- **DB4** IP-Country-Region-City-ISP Database
- **DB5** IP-Country-Region-City-Latitude-Longitude Database
- **DB6** IP-Country-Region-City-Latitude-Longitude-ISP Database
- **DB7** IP-Country-Region-City-ISP-Domain Database
- **DB8** IP-Country-Region-City-Latitude-Longitude-ISP-Domain Database
- **DB9** IP-Country-Region-City-Latitude-Longitude-ZIPCode Database
- **DB10** IP-Country-Region-City-Latitude-Longitude-ZIPCode-ISP-Domain Database
- **DB11** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone Database
- **DB12** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain Database
- **DB13** IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed Database
- **DB14** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed Database
- **DB15** IP-Country-Region-City-Latitude-

| | | |
|---|---|---|
| ☐ | Area Code & IDD Code | +1813 |
| ☐ | Weather Station | TAMPA (USFL0481) |
| ☐ | Mobile MCC, MNC, and Carrier name | - |

Recommended Product:
[DB1] IP-Country Database

## Developing Applications using IP2Location™



- Display native language and currency
- Redirect web pages based on visitor's location
- Digital rights management (DRM)



- Detect and prevent password sharing or abuse of service
- Detect and reduce credit card fraud



- Web traffics analysis
- Auto-selection of country on forms
- Filter access from countries you do not do business with



- Geo targeting for increased sales and click-through
- Spam filtering by location

Longitude-ZIPCode-TimeZone-AreaCode Database

**DB16** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode Database

**DB17** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-NetSpeed-Weather Database

**DB18** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather Database

**DB19** IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile Database

**DB20** IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather-Mobile Database



| 👤 CUSTOMER | 📇 PRODUCTS | | | 🍀 FREE STUFF | | 🔗 LINKS |
|---|---|---|---|---|---|---|
| Client Login | DB Databases | IS ISAPI Filter | | Applications | Downloader Script | Privacy Policy |
| Download | DN NET Component | WS Basic Web Service | | Visitor Blocker by Country | IP2Phrase™ | Terms of Use |
| Newsletter | JV Java Component | FL XML Web Service | | Email Tracer | IP2Map™ | IP Reports |
| | AX ActiveX/COM DLL | PX IP2Proxy™ | | IPv6-Country Database | Tutorials | Sitemap |

Copyright © 2001-2012 IP2Location.com. All Rights Reserved.



*Bringing Location to the Internet*

72.255.4.137

| Home | Buy Online | Demo | Developers | Contact |

Login My Account

# IP Lookup Demo

0 item selected

Every guest can make maximum 20 queries per day. Your daily credit: **19/20**.

Sign up now for your FREE Demo Account to get 200 queries per day.

**$0.00**

View Cart | Checkout

**IP Address**

[ Lookup ]

| IP Address: 72.255.4.137 | Share This Result |
|---|---|
| Location | UNITED STATES, MARYLAND, BALTIMORE |
| Latitude, Longitude | 39.290385, -76.612189 (39°17'25"S  -76°36'44"E) |
| Connection through | IBAHN GENERAL HOLDINGS CORPORATION |
| Local Time | 27 Apr, 2012 05:57 PM (UTC -05:00) |
| Domain | IBAHN.COM |
| Net Speed | DSL |
| Area Code | 301/410/443 |
| IDD Code | 1 |
| ZIP Code | 21201 |
| Weather Station | BALTIMORE/INNER HARBOR (USMD0020) |
| Mobile Country Code (MCC) | - |
| Mobile Network Code (MNC) | - |
| Carrier Name | - |

**Information Box (Frame: 400x80) Horizontal HTML**

IP2LOCATION DATABASES

DB1 IP-Country Database
DB2 IP-Country-ISP Database
DB3 IP-Country-Region-City Database
DB4 IP-Country-Region-City-ISP Database
DB5 IP-Country-Region-City-Latitude-Longitude Database
DB6 IP-Country-Region-City-Latitude-Longitude-ISP Database
DB7 IP-Country-Region-City-ISP-Domain Database
DB8 IP-Country-Region-City-Latitude-Longitude-ISP-Domain Database
DB9 IP-Country-Region-City-Latitude-Longitude-ZIPCode Database
DB10 IP-Country-Region-City-Latitude-Longitude-ZIPCode-ISP-Domain Database
DB11 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone Database
DB12 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain Database
DB13 IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed Database
DB14 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed Database
DB15 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-AreaCode Database
DB16 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode Database
DB17 IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-

> Your IP Address is **72.255.4.137** ISP: **IBAHN GENERAL HOLDINGS CORPORATION** Country: **UNITED STATES** Region: **MARYLAND** City: **BALTIMORE** Time Zone: **UTC −05:00** Net Speed: **DSL**
>
> ———————————— **Pinpoint Your Internet Visitor In Real-Time**

NetSpeed-Weather Database

[DB18] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather Database

```
1  <iframe src="http://tools.ip2location.com/ib1" width="404" height="86" marginwidth="1"
   scrolling="no" frameborder="0"></iframe>
```

[DB19] IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile Database

### Information Box (Frame: 200x160) Square HTML

[DB20] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather-Mobile Database

> Your IP Address is
> **72.255.4.137**
> ISP: **IBAHN GENERAL HOLDINGS CORPORATION**
> Country: **UNITED STATES**
> Region: **MARYLAND**
> City: **BALTIMORE**
> Time Zone: **UTC −05:00**
> Net Speed: **DSL**
>
> **Geolocation by IP Address**

```
1  <iframe src="http://tools.ip2location.com/ib2" width="204" height="162" marginwidth="1"
   scrolling="no" frameborder="0"></iframe>
```

### Information Box (PNG 400x80) Horizontal Image

> **IP Address:** 72.255.4.137   **Country:** UNITED STATES
> **Region:** MARYLAND   **City:** BALTIMORE
> **ISP:** IBAHN GENERAL HOLDINGS CORPORATION
>
> **Powered by IP2Location.com**

```
1  <a href="http://www.ip2location.com" target="_blank"><img
   src="http://tools.ip2location.com/ip2location.png" border="0" width="400" height="80" /></a>
```

### Information Box (PNG 200x160) Square Image

> **IP Address:** 72.255.4.137
> **Country:** UNITED STATES
> **Region:** MARYLAND
> **City:** BALTIMORE
> **ISP:** IBAHN GENERAL HOLDING
> **Time Zone:** −05:00
> **Net Speed:** DSL
> **IDD Code:** 1
>
> **Powered by IP2Location.com**

```
1  <a href="http://www.ip2location.com" target="_blank"><img
   src="http://tools.ip2location.com/ip2locationbig.png" border="0" width="200" height="160" />
   </a>
```

| CUSTOMER | PRODUCTS | | FREE STUFF | | LINKS |
|---|---|---|---|---|---|
| Client Login | DB  Databases | IS  ISAPI Filter | Applications | Downloader Script | Privacy Policy |
| Download | DN  NET Component | WS  Basic Web Service | Visitor Blocker by Country | IP2Phrase™ | Terms of Use |
| Newsletter | JV  Java Component | FL  XML Web Service | Email Tracer | IP2Map™ | IP Reports |
| | AX  ActiveX/COM DLL | PX  IP2Proxy™ | IPv6-Country Database | Tutorials | Sitemap |