# EXHIBIT 8

**PLAINTIFF'S EXHIBIT 8**

IP-Country-Region-City-ISP mapping Database — IP Address to Country, Region, City and ISP

**Products**
- IP-Country Database
- IP-Country-Region
- IP-Country-Region-City
- IP-Country-ISP Database
- IP-Country-Region-City-ISP
- Target Country by IP Address

Home
Purchase
Downloads
Technical Details
Contact us

IP-Country-Region-City-ISP mapping Database

# IP2Geo.net - Lookup IP address to Country, State, City, ISP

**Instructions**

1. Enter the IP address separated by a single space in the search box.
2. Press the 'Lookup IP Address' button.

**IP Address to locate:**

( **14** lookups left today )

[Lookup IP Address]

| Country information : | | | | | | |
|---|---|---|---|---|---|---|
| **IP:** |  | **Country:** | United States | **Country Code:** | US | |
| **Region:** | VIRGINIA | | | **City:** | Reston | |
| **ISP** | Verizon Internet Services Inc. | | | | | |

Note: This demo application is limited to 15 lookups per day only for evaluation.. The database contains our best estimate for the location for every IP address, but may not be accurate or complete in all cases.

Copyright ©2001-2010 Jgsoft Associates. All rights reserved.