# EXHIBIT 9

**PLAINTIFF'S EXHIBIT 9**

**Company Lookup**
65MM companies. Search by location, industry, name, & more. Free Trial.
www.hoovers.com/search

AdChoices



Enter IP here    Lookup!

**Your IP: 72.255.4.137**    **Near:** United States



| | |
|---|---|
| Host name: | 72-255-4-137.client.stsn.net |
| Country: | United States |
| B Class: | 72.255.0.0 - 72.255.255.255 |
| Latitude: | 38 |
| Longitude: | -97 |

**Whois lookup**
Enter domain/iP    GO!

**Traceroute**
Enter domain/iP    GO!

**IP information**
Enter iP    GO!

**Recent searches in B classes:**
82.77.0.0 - 82.77.255.255
109.217.0.0 - 109.217.255.255
82.99.0.0 - 82.99.255.255
100.48.0.0 - 100.48.255.255
66.173.0.0 - 66.173.255.255
66.173.0.0 - 66.173.255.255
1.18.0.0 - 1.18.255.255

**Most recent complaints**



**82.147.114.22**

**Complaint by David H. :**

Large number of failed login attempts on my webserver from this IP: 82.147.114.22
Reverse DNS: 22.114.147.82.nexcom.ru
Origin Country: Russian Federation (RU)

Reported on: 27th, Apr. 2012



**46.50.183.5**

**Complaint by mike :**

Tried to connect through to my FTP server.

Reported on: 27th, Apr. 2012