IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    *Plaintiff*,<br>v.<br><br>DOES 1 – 1,058,<br><br>    *Defendants.* | No. 1:12-CV-00048-BAH |

**NON-PARTY COMCAST CABLE COMMUNICATIONS, LLC'S
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Non-Party Comcast Cable Communications, LLC respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following decision, attached hereto, in support of its Opposition to Plaintiff's Motion to Compel, and in further support of its argument made at the hearing on April 27, 2012:

***Exhibit A.*** A May 1, 2012, Order & Report & Recommendation in *In Re: BitTorrent Adult Film Copyright Infringement Cases*, No. 2:11-cv-03995-DRH-GRB (E.D.N.Y.). This was a consolidated proceeding based on nearly identical circumstances to the above-captioned proceeding, which include allegations of large BitTorrent swarms and copyright infringement of adult films, as well as motions for early discovery of non-party IP addresses from various Internet service providers. In considering the motions and certain subscribers' motions to quash, Magistrate Judge Brown recommended that the district judges dismiss three of the four actions, except as the first numbered Doe because, among other things, joinder was inappropriate. Ex. A at 18-21. Magistrate Brown also recommended that one action be dismissed in its entirety due to absence of copyright registration for the film at issue.

Dated:  May 4, 2012

Respectfully submitted,

/s/  *John D. Seiver*
John D. Seiver
Leslie G. Moylan
Lisa B. Zycherman
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
(202) 973-4200

*Counsel for Non-Party Comcast Cable Communications Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2012, true and correct copies of the foregoing document was served via ECF upon all counsel of record:

Paul A. Duffy
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

Benjamin J. Fox
Morrison & Foerster LLP
555 W. 5th Street
Los Angeles, CA 90013-1024

Bart W. Huffman
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, TX 78701

Deanne E. Maynard
Tim A. O'Brien
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888

Bradley C. Weber
Locke Lord LLP
701 8th Street, NW, Suite 700
Washington, DC 20001

John Steele
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

/s/ *John D. Seiver*
John D. Seiver