UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1 – 1,058,<br><br>    Defendants. | Civil Action No. 12-0048 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the plaintiff's Motion to Compel Compliance with Subpoena issued to Comcast Cable Communications, LLC ("Comcast"), ECF No. 7, and the Motion to Quash Subpoenas Issued to Non-Party Internet Service Providers filed by Bright House Networks, LLC, Cox Communications, Inc., SBC Internet Services, Inc., and Verizon Online, LLC (collectively "Movant ISPs"), ECF No. 8, the memoranda submitted in support and in opposition to the motions, the attached exhibits and declarations, the Amicus Brief filed by the Electronic Frontier Foundation, the American Civil Liberties Union Foundation, and the American Civil Liberties Union of the Nation's Capital in support of the non-party Internet Service Providers, the applicable law, and following oral argument and a hearing, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the plaintiff's Motion to Compel Comcast to comply with the subpoena dated February 2, 2012, ECF No. 7, is **GRANTED**; and it is further

**ORDERED** that the Movant ISPs' Motion to Quash the plaintiff's subpoenas, ECF No. 8, is **DENIED**; and it is further

**ORDERED** that the Movant ISPs' request to certify the Court's denial of the Movant ISPs' Motion to Quash pursuant to 28 U.S.C. § 1292(b) is **GRANTED** because, as explained in the accompanying Memorandum Opinion, denial of the motion to quash "involves a controlling question of law as to which there is substantial ground for difference of opinion and . . . an immediate appeal from the order may materially advance the ultimate termination of the litigation," 28 U.S.C. § 1292(b); and it is further

**ORDERED** that this case is hereby stayed pending resolution of the Movant ISPs' application for appeal, which, pursuant to 28 U.S.C. § 1292(b), must be submitted within ten days after the entry of the instant order, and if such appeal is accepted by the Circuit Court for the District of Columbia, this case shall be stayed pending resolution of the appeal.

**SO ORDERED.**

**DATED: AUGUST 6, 2012**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge