UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case : 1:12-cv-00048 |
| | ) |
| DOES 1 – 1058, | )   Judge : Hon. Beryl A. Howell |
| | ) |
|     Defendants. | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 75.89.36.80 and 98.18.198.75. The Doe Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

**DATED**: October 29, 2012

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq. (D.C. Bar Number: IL0014)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:  (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 29, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Paul A. Duffy
      PAUL A. DUFFY