**FILED**

MAY - 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. MEIER,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 13-0496 (UNA)
                                    )
WILLIAM M. MEGGS, *et al.*,         )
                                    )
            Defendants.             )

## ORDER

It is hereby

ORDERED that plaintiff's Request for Clarification is GRANTED IN PART and DENIED IN PART. Plaintiff's complaint and application to proceed *in forma pauperis* were handled in a manner consistent with 28 U.S.C. § 1915, the Federal Rules of Civil Procedure, and the Local Civil Rules and practices of this Court. It is further

ORDERED that the Clerk of Court shall attach a copy of the docket sheet to this Order and send these documents to plaintiff at his address of record.

SO ORDERED.

DATE:
Apr. 19, 2013

_____
United States District Judge
J. Boasberg