UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, </br></br>       Plaintiff, </br></br> v. </br></br> DOES 1 – 1058, </br></br>       Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case : 1:12-cv-00048 </br> ) </br> ) Judge : Hon. Beryl A. Howell </br> ) </br> ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Attorney John Steele hereby withdraws as counsel of record for Plaintiff, AF Holdings LLC pursuant to LCrR 44.5 in this matter. Plaintiff is also currently represented by attorney Paul Duffy, who is still the attorney of record for Plaintiff in this matter. Plaintiff consents to Attorney Steele's withdrawal in this matter, as noted by his signature below.

Respectfully submitted,

John Steele

DATED: November 5, 2013

By: _____
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139
Telephone: (786) 571-8131
E-mail: johnlsteele33140@gmail.com
*Counsel for the Plaintiff*

By: _____
Mark Lutz
Manager, AF Holdings, LLC.

RECEIVED
Mail Room
NOV – 6 2013
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2013, all counsel of record were mailed a true and correct copy of the foregoing document via U.S. Mail.

_____
JOHN STEELE

**Paul A. Duffy**
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

**Mitchell L. Stoltz**
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

**Benjamin Jonathan Fox**
MORRISON & FOERSTER, LLP
555 West 5th Street
Los Angeles, CA 90013-1024

**Timothy A. O'Brien**
CAPITAL ONE
1680 Capital One Drive
McLean, VA 22102

**Leslie Gallagher Moylan**
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-3402

**John David Seiver**
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006

**Thomas P. Hartnett**
THE LAW OFFICE OF THOMAS P. HARTNETT
1310 Pennsylvania Avenue, SE
Washington, DC 20003

**Bart W. Huffman**
LOCKE LORD LLP
100 Congress, Suite 300
Austin, TX 78701

**Bradley C. Weber**
LOCKE LORD LLP
2200 Ross Avenue
Suite 2200
Dallas, TX 75201-6776