UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AF HOLDINGS LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case : 1:12-cv-00048 |
| | ) |
| DOES 1 – 1058, | )   Judge : Hon. Beryl A. Howell |
| | ) |
|     Defendants. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), no Defendant has either filed an answer to Plaintiff's Complaint, or a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                                                Respectfully Submitted,

                                                AF Holdings LLC

DATED: June 3, 2014

                                  By:    /s/ Paul Duffy
                                                Paul Duffy (Bar No. 6210496)
                                                321 N. Clark Street
                                                Chicago, IL 60654
                                                Telephone: (312) 880-9160
                                                E-mail: pduffy@pduffygroup.com
                                                *Attorney for Plaintiff*