# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 12-7135** | **September Term, 2013** |
| | FILED ON: MAY 27, 2014 |

AF HOLDINGS, LLC,
    APPELLEE

v.

DOES 1 - 1058,
    APPELLEES

COX COMMUNICATIONS, INC., ET AL.,
    APPELLANTS



Appeal from the United States District Court
for the District of Columbia
(No. 1:12-cv-00048)

Before: TATEL, *Circuit Judge*, and SILBERMAN and SENTELLE, *Senior Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause is hereby vacated and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:

          /s/
          Jennifer M. Clark
          Deputy Clerk

Date: May 27, 2014

Opinion for the court filed by Circuit Judge Tatel.